# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

<u>Catherine Boddie Bego</u>
Plaintiff(s)

Case Number: <u>1:08-cv-00654 RBW</u>

vs

<u>District of Columbia</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 29, 2008 at 4:39 PM, I executed service of process upon **ARLETHIA THOMPSON, EXECUTIVE ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF DISTRICT OF COLUMBIA** at Executive Office of the Mayor, 1350 Pennsylvania Ave NW Suite 419, Washington, DC 20004, by delivering to and leaving with personally, copies of Summons, Complaint for Damages and Equitable Relief, Exhibits 1-8.

Arlethia Thompson is described as a Black Female, approximately 5' 8" tall, 190-200 pounds, Brown eyes, Black hair, and 38 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am over the age of 18 years; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 7, 2008.

Date May 7, 2008.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on May 7, 2008.

_____
My Commission Expires: 10-31-2011

Ref.# 81602

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Catherine Boddie Bego
Plaintiff(s)

Case Number: 1:08-cv-00654 RBW

vs

District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on May 2, 2008 at 3:02 PM, I executed service of process upon **GALE RIVERS, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF DISTRICT OF COLUMBIA** at Office of Attorney General of the District of Columbia, 441 4th Street NW, Suite 1060N, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons, Complaint for Damages and Equitable Relief, Exhibits 1-8.

Gale Rivers is described as a Black Female, approximately 5' 8" tall, 170-180 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am over the age of 18 years; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 5, 2008.

Date May 5, 2008.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on May 5, 2008.

_____

My Commission Expires: 10-31-2011

Ref.# 81603

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

<u>Catherine Boddie Bego</u>
Plaintiff(s)

Case Number: <u>1:08-cv-00654 RBW</u>

vs

<u>District of Columbia</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 29, 2008 at 4:39 PM, I executed service of process upon **ARLETHIA THOMPSON, EXECUTIVE ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF DISTRICT OF COLUMBIA** at Executive Office of the Mayor, 1350 Pennsylvania Ave NW Suite 419, Washington, DC 20004, by delivering to and leaving with personally, copies of Summons, Complaint for Damages and Equitable Relief, Exhibits 1-8.

Arlethia Thompson is described as a Black Female, approximately 5' 8" tall, 190-200 pounds, Brown eyes, Black hair, and 38 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am over the age of 18 years; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 7, 2008.

Date May 7, 2008.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on May 7, 2008.

_____
My Commission Expires: 10-31-2011

Ref.# 81602

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Catherine Boddie Bego
Plaintiff(s)

Case Number: 1:08-cv-00654 RBW

vs

District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on May 2, 2008 at 3:02 PM, I executed service of process upon **GALE RIVERS, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF DISTRICT OF COLUMBIA** at Office of Attorney General of the District of Columbia, 441 4th Street NW, Suite 1060N, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons, Complaint for Damages and Equitable Relief, Exhibits 1-8.

Gale Rivers is described as a Black Female, approximately 5' 8" tall, 170-180 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am over the age of 18 years; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 5, 2008.

Date May 5, 2008.

_____
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on May 5, 2008.

_____

My Commission Expires: 10-31-2011

Ref.# 81603

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE BODDIE BEGO<br>1308 Emerald Street<br>Washington, D.C. 20002,<br><br>*Plaintiff,*<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br>A Municipal Corporation,<br><br>Defendant. | Civil Action No. 1: 08-CV-00654 RBW |

**Plaintiff's Notice of Proof of Service**

Plaintiff Catherine B. Bego submits the attached affidavits of Mark Simons reflecting proof of service against Defendant the District of Columbia as follows: on April 29, 2008 at the Executive Office of the Mayor and on May 2, 2008 at the Office of the Attorney General of the District of Columbia.

Respectfully submitted,

/s/ Stephen C. Leckar
Stephen C. Leckar, No. 281691
Shainis & Peltzman
1850 M Street, N.W., Suite 240
Washington, D.C. 20036
(202) 293-0011
steve@s-plaw.com

/s/ Robert A.W. Boraks
Robert A.W. Boraks, No. 72132
Garvey Schubert Barer
1000 Potomac Street, N.W., Fifth Floor
Washington, D.C. 20007
(202) 298-1796
bboraks@gsblaw.com

*Attorneys for Plaintiff*

Certificate of Service

I caused a copy of the foregoing to be filed this 12th day of May, by the Court's Electronic Case Filing system.

/s/ Stephen C. Leckar
Stephen C. Leckar, No. 281691
Shainis & Peltzman
1850 M Street, N.W., Suite 240
Washington, D.C.  20036
(202) 293-0011
steve@s-plaw.com